UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAYEA KIM,

    Plaintiff,

v.      Case No.: 3:23-cv-00441-TJC-JBT

PGA TOUR, INC.,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant PGA Tour, Inc. ("PGA"), by counsel, and pursuant to Fed. R. Civ. P. 6(b), moves this Court for an extension of time, up to and including July 31, 2023, in which to respond to Plaintiff's Complaint. As grounds therefore, Defendant states as follows:

1.  Defendant received a request for waiver of service on or about May 8, 2023, which Defendant subsequently granted. Pursuant to Fed. R. Civ. P. 12(a)(1), the deadline to respond to the Complaint is July 7, 2023.

2.  The undersigned counsel needs more time to investigate the factual and legal allegations contained in the Complaint and prepare an appropriate response due to previously scheduled prepaid family vacation.

3. This motion for extension of time is not made for purposes of delaying the ultimate resolution of this case. The requested extension of time is necessary to allow the undersigned counsel to adequately investigate and respond to Plaintiff's Complaint and to avoid wasting judicial resources. No party will be prejudiced by this extension of time.

## MEMORANDUM

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may grant extensions of time at any time in its discretion for good cause shown. Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. PGA respectfully submits that good cause has been shown for an extension of time as set forth above.

WHEREFORE, for the foregoing reasons and authorities, PGA respectfully requests that the Court grant Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint up to and including July 31, 2023.

## Local Rule 3.01(g) Certification

Counsel for PGA states that he has conferred with Plaintiff's counsel regarding this motion, and that Plaintiff's counsel has agreed to the requested extension of time up to and including July 31, 2023.

Dated: July 5, 2023

>MCGUIREWOODS LLP
>
>/s/ Cameron G. Kynes
>Thomas R. Brice
>Florida Bar No. 0018139
>tbrice@mcguirewoods.com
>Cameron G. Kynes
>Florida Bar No. 0116711
>ckynes@mcguirewoods.com
>50 North Laura Street, Suite 3300
>Jacksonville, Florida 32202
>Telephone: (904) 798-2629
>Facsimile: (904) 360-6335
>
>*Attorneys for PGA Tour, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Jennifer M. Vasquez, Esq.
Robert Aranda, Esq.
Campbell Trohn Tamayo & Aranda, P.A.
P.O. Box 2369
Lakeland, FL  33806

*Attorneys for Plaintiff, Kim Dayea*

>/s/ Cameron G. Kynes
>       Attorney

176125420_1