UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAYEA KIM,

       Plaintiff,

v.                                        Case No.: 3:23-cv-00441-TJC-JBT

PGA TOUR, INC.,

       Defendant.

_____

## DEFENDANT'S NOTICE OF LEAD COUNSEL

Notice is hereby given that Thomas R. Brice, Esquire of McGuireWoods LLP shall serve as lead counsel for Defendant PGA Tour, Inc. ("PGA"). All pleadings, papers, and correspondence should be served upon the undersigned counsel.

Dated: July 7, 2023

                                                          MCGUIREWOODS LLP

                                                          */s/ Thomas R. Brice*_____
                                                          Thomas R. Brice
                                                          Florida Bar No. 0018139
                                                          tbrice@mcguirewoods.com
                                                          Cameron G. Kynes
                                                          Florida Bar No. 0116711
                                                          ckynes@mcguirewoods.com
                                                          50 North Laura Street, Suite 3300
                                                          Jacksonville, Florida 32202
                                                          Telephone: (904) 798-2629
                                                          Facsimile: (904) 360-6335

                                                          *Attorneys for PGA Tour, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Jennifer M. Vasquez, Esq.
Robert Aranda, Esq.
Campbell Trohn Tamayo & Aranda, P.A.
P.O. Box 2369
Lakeland, FL  33806

*Attorneys for Plaintiff, Kim Dayea*

/s/ Cameron G. Kynes
Attorney

2

176417501_1