UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAYEA KIM,

    Plaintiff,

v.                                          Case No. 3:23-CV-00441-TJC-JBT

PGA TOUR, INC.,

    Defendant.

_____

PATRICK NEALIS,

    Plaintiff,

v.                                            Case No. 3:23-CV-00623-TJC-MCR

PGA TOUR, INC.,

    Defendant.

_____

### JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE TO COURT REGARDING EARLY MEDIATION

Plaintiffs Dayea Kim and Patrick Nealis along with Defendant PGA Tour, Inc. ("Parties"), by counsel, and pursuant to Fed. R. Civ. P. 6(b), move this Court for an extension of time, up to and including December 18, 2023, in which to submit a joint notice regarding early mediation. As grounds therefore, the Parties state as follows:

1.	On November 15, 2023, this Court Ordered the Parties to discuss whether early mediation would be productive and submit a joint notice regarding early mediation by December 8, 2023. Dkt. 26.

2.	The Parties state that they have engaged in multiple discussions regarding early mediation and continue to discuss whether it would be productive at this point in litigation.

3.	The Parties request a 10-day extension of the deadline, up to and including December 18, 2023, to report to the Court whether early mediation would be productive.

4.	This motion for extension of time is not made for purposes of delaying the ultimate resolution of this case. No party will be prejudiced by this extension of time.

## **MEMORANDUM**

Rule 6(b) of the Federal Rules of Civil Procedure provides that the Court may grant extensions of time at any time in its discretion for good cause shown. Where, as here, the request for extension is made prior to the expiration of the specified period of time, no finding of excusable neglect is required. The Parties respectfully submit that good cause has been shown for an extension of time as set forth above.

WHEREFORE, for the foregoing reasons and authorities, the Parties respectfully request that the Court grant the Joint Motion and extend the deadline, up to and including December 18, 2023, to provide notice to the Court of the Parties' position regarding early mediation.

DATED DECEMBER 8, 2023

| MCGUIREWOODS LLP | LIBERTY COUNSEL |
|---|---|
| /s/ Thomas R. Brice<br>Thomas R. Brice<br>Florida Bar No. 0018139<br>tbrice@mcguirewoods.com<br>Cameron G. Kynes<br>Florida Bar No. 0116711<br>ckynes@mcguirewoods.com<br>50 North Laura Street, Suite 3300<br>Jacksonville, Florida 32202<br>Telephone: (904) 798-2629<br>Facsimile: (904) 360-6335<br><br>*Counsel for Defendant* | /s/ Jennifer M. Vasquez<br>Jennifer M. Vasquez, Esq.<br>Florida Bar No. 71942<br>P.O. Box 540774<br>Orlando, FL  32854<br>jvasquez@lc.org<br>Telephone: (407) 875-1776<br>Facsimile: (407) 875-0770<br><br>BLUE LINE LAW FIRM PLLC<br>Kevin Drummond, Esq<br>Florida Bar No. 1002238<br>1645 Palm Beach Lakes Blvd.<br>Suite # 1200<br>West Palm Beach, FL 33401<br>Telephone: (888)-611-9511<br>Fax: (561) 892-3330<br>intake@tbllf.com<br>eservice@tbllf.com<br><br>PAUL M. DAVIS & ASSOCIATES, P.C.<br>Paul M. Davis, Esq.<br>(*pro hac vice* application forthcoming)<br>9355 John W. Elliott Dr., Suite 25454<br>Frisco, TX 75033<br>Telephone: (954) 348-7884<br>paul@fireduptxlawyer.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Jennifer M. Vasquez, Esq.
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
jvasquez@lc.org

Kevin Drummond, Esq.
Blue Line Law Firm PLLC
1645 Palm Beach Lakes Blvd., Suite #1200
West Palm Beach, FL 33401
intake@tbllf.com
eservice@tbllf.com

*Attorneys for Plaintiff, Kim Dayea*

And that a true copy of the foregoing was emailed to the following:

Paul M. Davis, Esq.
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr., Suite 25454
Frisco, TX 75033
paul@fireduptxlawyer.com

                                         */s/ Thomas R. Brice*
                                                  Attorney

182695143_1