United States District Court
Middle District of Florida
Jacksonville Division

**DAYEA KIM,**

    *Plaintiff,*

v.                                  No. 3:23-cv-00441-TJC-JBT

**PGA TOUR, INC.**

    *Defendant.*

---

## Unopposed Motion for Special Admission

Paul M. Davis, Esquire, moves for special admission to represent plaintiff Dayea Kim in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Northern District of Texas.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any case in state or federal court in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

        Respectfully submitted,

        /s/ *Paul M. Davis*
        Paul M. Davis
        Texas Bar No. 24078401
        Paul M. Davis & Associates, P.C.
        9355 John W. Elliott Dr.
        Suite 25454
        Frisco, TX 75033
        945-348-7884
        paul@fireduptxlawyer.com

        ATTORNEY FOR PLAINTIFF
        DAYEA KIM

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party as unopposed to my special admission.

/s/ *Paul M. Davis*
Paul M. Davis

## Certificate of Service

I hereby certify that I served the foregoing motion for special admission on all counsel of record in this case via email on this 8th day of December 2023.

/s/ *Paul M. Davis*
Paul M. Davis