UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAYEA KIM,

        Plaintiffs,

v.                                 Case No. 3:23-CV-00441-TJC-JBT

PGA TOUR, INC.,

        Defendants.

_____/

## JOINT NOTICE REGARDING MEDIATION

On November 15, 2023, this Court Ordered the Parties to discuss whether early

mediation would be productive and submit a joint notice regarding mediation.  The

Parties state that they have discussed early mediation and have agreed it will not be

productive at this point in litigation.


Dated:  December 18, 2023

MCGUIREWOODS LLP             PAUL M. DAVIS & ASSOCIATES, P.C.

/s/ Thomas R. Brice_____       /s/ Paul M. Davis_____
Thomas R. Brice                 Paul M. Davis
Florida Bar No. 0018139         9355 John W. Elliott Dr., Suite 25454
tbrice@mcguirewoods.com      Frisco, TX 75033
Cameron G. Kynes             Telephone: (954) 348-7884
Florida Bar No. 0116711         paul@fireduptxlawyer.com
ckynes@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, FL 32202          Counsel for Plaintiff
Telephone: (904) 798-2629
Facsimile: (904) 360-6335


Counsel for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Paul M. Davis, Esq.
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr., Suite 25454
Frisco, TX 75033
paul@fireduptxlawyer.com

/s/ Thomas R. Brice
Attorney

2

182627150_1