UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAYEA KIM,

    Plaintiff,

v.

Case No. 3:23-cv-441-TJC-JBT

PGA TOUR,

    Defendant.

## **O R D E R**

In order to align trial dates and related deadlines between this case and Nealis v. PGA Tour, Inc., 3:23-cv-623, the Court is updating the deadlines in the Case Management and Scheduling Order, Doc. 24, as follows:

**January 15, 2025** - Deadline for filing the joint pretrial statement and all other motions including motions in limine;

**January 22, 2025, at 10:00 a.m.** – Date and time of final pretrial conference; and

**February 3, 2025, at 9:00 a.m.** – Trial term begins.

2

Except as described in this Order, all other deadlines in the Case Management and Scheduling Order, Doc. 24, remain in effect.

**DONE AND ORDERED** in Jacksonville, Florida the 23rd day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record

2